UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS6

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-00499-RGK-JPR | Date | May 18, 2022 |
|---|---|---|---|
| Title | *Anthony Phills v. Gia Fey* | | |

Present: The Honorable   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Joseph Remigio | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:   Attorneys Present for Defendant:

Not Present   Not Present

**Proceedings:**   **(IN CHAMBERS) Order re Dismissal**

Plaintiff filed his complaint on January 24, 2022, but has not yet served Defendant. (*See* ECF No. 1.) "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

On May 9, 2022, the Court ordered Plaintiff to file either proof of service or a declaration showing good cause for failing to serve Defendant by May 16, 2022. (*See* ECF No. 18.) Plaintiff was warned that failure to file proof of service or show good cause will result in dismissal for lack of prosecution. Having reviewed Plaintiff's response, (ECF No. 20), and finding no good cause, the Court **DISMISSES** this case without prejudice for lack of prosecution.

IT IS SO ORDERED.

_____ : _____
Initials of Preparer   jre/k